UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| *In re:* | Chapter 7 |
| KRIS DANIEL ROGLIERI, | Case No. 24-10157- rel |
| Debtor. | |
| In re: | |
| WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE, REGION 2, | Adv. Pro. No.: 24-90017 |
| Plaintiff | |
| v. | |
| KRIS DANIEL ROGLIERI | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the United States Trustee for Region 2 and is a person of such age and discretion as to be competent to serve papers.

I hereby certify that on August 20, 2024, I deposited a true and correct copy of the Summons, Adversary Complaint Objecting to Discharge and Adversary Proceeding Cover Sheet

By First Class Mail, in a post-paid envelope, by placing in the official depository maintained by the United States Postal Service at the Leo O'Brien Federal Building, 11A Clinton Avenue, Albany, New York 12207 addressed to:

| | |
|---|---|
| Kris Roglieri<br>Rensselaer County Correctional Facility<br>4000 Main Street<br>Troy, New York 12180 | Kris Roglieri<br>40 North Road<br>Queensbury, New York 12804 |

Dated: August 20, 2024　　　　　　　　　　*/s/ Diana M. Nuss*
　　　Albany, New York　　　　　　　　　Diana M. Nuss, Paralegal Specialist
　　　　　　　　　　　　　　　　　　　　Office of the United States Trustee