UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Leo O'Brien Federal Building, Room 620
Albany, New York 12207
Lisa M. Penpraze
Assistant United States Trustee
(518) 434-4553

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| *In re:* | Chapter 7 |
| KRIS DANIEL ROGLIERI, | Case No. 24-10157- rel |
| Debtor. | |
| In re: | |
| WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE, REGION 2, | Adv. Pro. No.: 24-90017-1-rel |
| Plaintiff | |
| v. | |
| KRIS DANIEL ROGLIERI | |
| Defendant. | |

### NOTICE OF UNITED STATES TRUSTEE'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. BANKR. P. 7055 AND LOCAL BANKRUPTCY RULE 7055-1(d)

**PLEASE TAKE NOTICE** that William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), respectfully moves this Court before the Hon. Robert E. Littlefield, Jr., United States Bankruptcy Judge, in the United States Bankruptcy Court, James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207 on February 19, 2025 at 9:15 am, or as soon thereafter as counsel can be heard, for an order granting the Motion For Default Judgment and for such other and further relief as the Court may deem just and proper ("Motion").

**PLEASE TAKE FURTHER NOTICE** that any party wishing to appear at the hearing may appear in person at the United States Bankruptcy Court, James T. Foley U.S. Courthouse,

445 Broadway, Albany, NY 12207 or by using the Court's teleconference system by dialing 518-217-2288 and entering access code 939500229#.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of New York and be filed with the Court and served upon the following parties no later than February 12, 2025 (the "Objection Deadline"): (i) United States Trustee, 11A Clinton Avenue, Room 620, Albany, New York 12207, Attn: Lisa M. Penpraze, Esq.; (ii) the Debtor, Kris Daniel Roglieri, c/o Linda Oliver, 11 Hill Top LN, Poughkeepsie, NY 12603

Dated: January 16, 2025
      Albany, New York

                                                    Respectfully submitted,

                                                    WILLIAM K. HARRINGTON
                                                    UNITED STATES TRUSTEE
                                                    FOR REGION 2

                                                  /s/ *Lisa M. Penpraze*
                                                  Lisa M. Penpraze
                                                  Assistant U. S. Trustee
                                                  Bar Roll No.: 105165
                                                  Leo O'Brien Federal Building
                                                  11A Clinton Avenue, Room 620
                                                  Albany, New York 12207
                                                  (518) 434-4553
                                                  lisa.penpraze@usdoj.gov